DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 11-54931 SLJ |
| ERNESTO MAY | |
| LILIA ARREOLA | **NOTICE OF UNCLAIMED DIVIDEND** |
| | Claimant: |
| | ERNESTO MAY |
| | LILIA ARREOLA |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $2,840.00. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Ernesto May & Lilia Arreola
3033 Martston Way
San Jose, CA 95148

Dated: February 02, 2017

/s/ Devin Derham-Burk
_____
DEVIN DERHAM-BURK, TRUSTEE